UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PAN AM DENTAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:18-cv-00288 |
| | ) | |
| JOSHUA TRAMMELL and | ) | |
| NEWHOPE DENTAL | ) | |
| LAB LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION OF PAN AM DENTAL, INC. TO FILE DOCUMENTS UNDER SEAL

Pursuant to Fed. R. Civ. Pro. 5.2 and L.R. 79.7 and the Consent Protective Order and Confidentiality Agreement in this action (Doc. 18), Pan Am Dental, Inc. has moved this Court to allow it to file under seal.

Upon consideration of the Motion, and for good cause shown, the Motion is hereby GRANTED, and the documents identified in the Exhibit "A" to the Motion shall be filed under seal.

So Ordered this 2nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA