IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
CIVIL ACTION NUMBER: 4:18-CV-00288-WTM-JEG

| | |
|---|---|
| PAN AM DENTAL, INC., | ) |
| *Plaintiff,* | ) |
| vs. | ) |
| JOSHUA TRAMMELL, and NEW HOPE DENTAL LAB, LLC, | ) |
| *Defendants.* | ) |

**ORDER GRANTING DEFENDANTS' MOTION
TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2, Local Civil Rule 79.7, and the Consent Protective Order and Confidentiality Agreement (Doc. No. 18), Defendants Joshua Trammell and New Hope Dental Lab, LLC have moved this Court to allow certain filings under seal.

Upon consideration of the Motion, and for good cause shown, the Motion is hereby GRANTED, and the documents identified in the Exhibit A to the Motion shall be filed under seal.

So Ordered this 18th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA