IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| PAN AM DENTAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 418-288 |
| ) | |
| JOSHUA TRAMMELL and NEWHOPE ) | |
| DENTAL LAB LLC, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Court **GRANTS** Plaintiff's and Defendants' proposed redactions to exhibits they seek to file under seal in response to the Court's November 7, 2019 Order. (Doc. no. 59.) Accordingly, the Court **ORDERS** the parties to file the approved redacted exhibits on the docket and **DIRECTS** the **CLERK** to maintain the original unredacted exhibits as sealed.

SO ORDERED this 4th day of December, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA