IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PAN AM DENTAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA TRAMMELL and NEW HOPE ) <br> DENTAL LAB, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 4:18-cv-00288-WTM-BKE |

ORDER ON JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO STAY REMAINING DEADLINES

The Parties report that a settlement in principle has been reached in this action. It is therefore ordered that all dates and deadlines previously established are stayed pending the parties' finalizing the settlement terms and documents. Counsel are directed to proceed to finalize the settlement terms and documents and to file the appropriate dismissal papers with the Court within 20 days from the date of this Order.

SO ORDERED this 23RD day of NOVEMBER, 2020.

_____
Judge, United States District Court
Southern District of Georgia
Savannah Division