IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PAN AM DENTAL, INC., <br><br>　　Plaintiff, <br><br>v. <br><br>JOSHUA TRAMMELL and NEW HOPE DENTAL LAB, LLC, <br><br>　　Defendants. <br>_____ <br><br>JOSHUA TRAMMELL, <br><br>　　Counterclaimant, <br><br>v. <br><br>PAN AM DENTAL, INC., <br><br>　　Counterclaim Defendant. <br>_____ | CASE NO. CV418-288 |

O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 73.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 73) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of December 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA